93–2108. State v. Cotten. *Richland County,* No. CA–1611. Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.

93–2113. State ex rel. Farmer v. Holland. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

93–2115. Bragg v. Voinovich. In Mandamus. On answer of respondent. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents and would grant an alternative writ.

93–2146. State v. Williams. *Franklin County,* No. 91AP–362. Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.

93–2158. Toth v. Kellogg–Jones. In Mandamus. On motion to dismiss or for summary judgment. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

93–2185. State v. Eubank. *Lucas County,* No. L–85–294. Judgment affirmed.

MOYER, C.J., DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.

RESNICK, J., not participating.

93–2198. State v. Milburn. *Franklin County,* No. 89AP–655. Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.

93–2202. State v. Cornell. *Cuyahoga County,* No. 59365. Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.

## MOTION DOCKET

87–155. Carney v. McAfee. *Erie County,* No. E–85–58. On motion for relief from judgment. Motion granted.

MOYER, C.J., and WRIGHT, J., dissent.

RESNICK, J., not participating.

92–1002. Jenkins v. James B. Day & Co. *Franklin County,* No. 91AP–1124. On motion to file response to *amicus* brief. Motion granted.

93–4. State v. Copeland. *Cuyahoga County,* No. 61607. On motion for leave to file memorandum in support instanter. Motion granted.

93–279. State ex rel. Paluf v. Feneli. *Cuyahoga County,* No. 63383. On request for oral argument. Request denied.

93–285. State ex rel. Koren v. Grogan. *Cuyahoga County,* No. 63946. On request for oral argument. Request denied.

93–529. Ricciardi v. Babcock & Wilcox Co. *Summit County,* No. 15728. On motion for leave to file *amicus* of Ohio Manufacturers Association et al. Motion granted.

93–882. State ex rel. Walker v. Bowling Green. In Mandamus. On request for oral argument. Request granted.

93–1115. In re Petition for Incorporation of Holiday City, Ohio. *Williams County,* No. 92WM000011. On motion for leave to file *amicus* of Toledo Edison Company. Motion granted.

RESNICK, J., not participating.